**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Creekside Operating LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Creekside Printing**<br>**Plerus** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3693673** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1175 Davis Road**<br>**Elgin, IL 60123**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kane**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | _____ |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Creekside Operating LLC**                                            Case number (if known) _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3231__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

| Debtor | **Creekside Operating LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **See Attachment** | Relationship | |
|---|---|---|---|---|
| | District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☑ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Creekside Operating LLC**                                    Case number (*if known*)
         Name

- ☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
- ☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
- ☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor     **Creekside Operating LLC**

Name     Case number (*if known*)

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 28, 2023**
MM / DD / YYYY

**X** **/s/ Matthew M. Sandretto**                          **Matthew M. Sandretto**
Signature of authorized representative of debtor          Printed name

Title     **For Byers Holding LLC,  Manager**

**18. Signature of attorney**

**X** **/s/ William S. Hackney**                          Date     **June 28, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**William S. Hackney**
Printed name

**Bryan Cave Leighton Paisner LLP**
Firm name

**161 North Clark Street**
**Suite 4300**
**Chicago, IL 60601-3315**
Number, Street, City, State & ZIP Code

Contact phone     **(312) 602-5000**     Email address     **william.hackney@bclplaw.com**

**06256042 IL**
Bar number and State

Debtor    **Creekside Operating LLC**
          Name
                                                        Case number (*if known*)

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____     Chapter    **11**

☐ Check if this an amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **Byers Holding LLC** | Relationship to you | **Parent** |
| District | **Northern District of Illinois** | When | Case number, if known | |
| Debtor | **Byers Operating LLC** | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | Case number, if known | |
| Debtor | **Elections Operating LLC** | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | Case number, if known | |

## <u>RESOLUTION AUTHORIZING THE FILING</u>
## <u>OF A CHAPTER 11 BANKRUPTCY PETITION</u>
## <u>BY CREEKSIDE OPERATING LLC</u>

The undersigned, Matthew Sandretto, Chief Executive Officer of Byers Holding LLC, a Delaware limited liability company ("**Byers Holding**"), hereby certifies that (i) Byers Holding is the sole member of Creekside Operating LLC (the "**Company**"); (ii) Byers Holding consents to the adoption of; and (iii) hereby adopts as binding resolutions of the Company the following resolutions which, in the judgment of the undersigned, are desirable and in the best interests of the Company:

RESOLVED that it is appropriate for the Company to file for bankruptcy reorganization under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and it is in the best interests of the Company to file a petition under chapter 11 of the Bankruptcy Code; and

RESOLVED further that Matthew Sandretto ("**Authorized Agent**") is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois and may therein effectuate a sale of the Company's assets; and

RESOLVED further that the Authorized Agent is authorized to engage and retain the law firm of Bryan Cave Leighton Paisner LLP ("**BCLP**") on behalf of the Company on all matters related to its chapter 11 case, including the filing of all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which it deems necessary, proper, or desirable in connection with the chapter 11 case.

Effective, this _28TH_ day of June, 2023

                    **CREEKSIDE OPERATING LLC**

                    By:
                    Name:   Matthew Sandretto
                                 Chief Executive Officer
                                 Byers Holding LLC
                                 (Sole member of Creekside Operating LLC)

**Fill in this information to identify the case:**

Debtor name  **Creekside Operating LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 28, 2023**          X **/s/ Matthew M. Sandretto**
                                              Signature of individual signing on behalf of debtor

                                       **Matthew M. Sandretto**
                                       Printed name

                                       **For Byers Holding LLC,  Manager**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Creekside Operating LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BCC Software, LLC Attn Accounts Receivable P.O. Box 1174 Buffalo, NY 14240** | **Accounts Receivable**<br><br>**finance@bccsoftware.com (585) 272-9130** | **Trade Debt** | | | | **$4,532.00** |
| **BlueCrest Attn Accounts Receivable P.O. Box 74007412 Chicago, IL 60674-7412** | **Accounts Receivable**<br><br>**Collections.AR@bluecrestinc.com (844) 622-2583** | **Trade Debt** | | | | **$20,093.89** |
| **City Wide Facility Sol of Chicagoland Attn Kregg Barney 700 Cooper Court Suite C Schaumburg, IL 60173** | **Kregg Barney**<br><br>**kbarney@gocitywide.com  (847) 505-0071** | **Trade Debt** | | | | **$19,345.26** |
| **Comcast Business Internet Attn Accounts Receivable P.O. Box 70219 Philadelphia, PA 19176-0219** | **reply@notice.comcastbusiness.com (800) 391-3000** | **Trade Debt** | | | | **$3,335.40** |
| **ComEd 440 S. LaSalle Street Chicago, IL 60605** | **E. Glenn Rippie**<br><br>**glenn.rippie@exeloncorp.com (800) 483-3220** | **Utility Services** | | | | **$3,443.62** |
| **Component Management Group LLC Attn Lauren McMillan 700 Tollgate Road Elgin, IL 60123** | **Lauren McMillan**<br><br>**lmcMillan@cpielgin.com (847) 695-9200 Ext. 143** | **Commercial Lease Agreement** | **Subject to Setoff** | | | **$32,275.36** |

Debtor **Creekside Operating LLC**                                      Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Computing Technology Solutions, LLC Attn Accounts Receivable 2033 N. Milwaukee Avenue Suite 351 Deerfield, IL 60015** | **Accounts Receivable**<br><br>**accounting@onlinects.com**<br>**(888) 728-7669** | **Trade Debt** | | | | **$5,150.17** |
| **Eastman Kodak Company Attn Jenna Meyer P.O. Box 640350 Pittsburgh, PA 15264-0350** | **Jenna Meyer**<br><br>**jenna.meyer@kodak.com**<br>**(604) 451-2700** | **Trade Debt** | | | | **$13,798.76** |
| **Federal Envelope Company Attn Eric Caravello 608 Country Club Drive Bensenville, IL 60106** | **Eric Caravello**<br><br>**ECaravello@federalenvelope.com**<br>**(630) 595-2000** | **Trade Debt** | | | | **$3,360.00** |
| **Heidelberg USA, Inc. Attn Timicia Boyce P.O. Box 5160 Carol Stream, IL 60197** | **Timicia Boyce**<br><br>**timicia.boyce@heidelberg.com**<br>**(847) 437-7388** | **Trade Debt** | | | | **$18,183.39** |
| **Jim's Vault, Inc. Attn Nancy Askwith 5308 Riverview Drive Lisle, IL 60532** | **Nancy Askwith**<br><br>**Fax: (630) 852-6270**<br>**(630) 852-6263** | **Trade Debt** | | | | **$5,627.10** |
| **Liberty Capital Group, Inc. Attn Keith Davis P.O. Box 24245 Seattle, WA 98124** | **Keith Davis**<br><br>**kdavis@contractcare.net**<br>**(973) 492-5300** | **Trade Debt** | | | | **$8,474.40** |
| **Lindenmeyr Munroe P.O. Box 99922 Chicago, IL 60696-7722** | **Mark Schley**<br><br>**mschley@lindenmeyr.com**<br>**(630) 250-7500** | **Trade Debt** | | | | **$39,319.94** |
| **Printware, LLC Attn Customer Service 2935 Waters Road Suite 160 Saint Paul, MN 55121** | **Customer Service**<br><br>**sales@printwarellc.com**<br>**(651) 456-1400** | **Trade Debt** | | | | **$2,235.00** |

Debtor  **Creekside Operating LLC**                                                    Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robert Half International, Inc. Attn Accounts Receivable 12400 Collections Center Drive Chicago, IL 60693** | **Accounts Payable** <br><br>**Fax: (847) 719-4015 (847) 562-5510** | **Trade Debt** | | | | **$21,000.00** |
| **Screen GP Americas LLC Attn Mike Olson P.O. Box 933361 Cleveland, OH 44193** | **Mike Olson** <br><br>**Mike.Olson@screenamericas.com (847) 870-7400 Ext.2221** | **Trade Debt** | | | | **$24,766.60** |
| **SD&S Properties Inc. Attn Steven Mokhtarian P.O. Box 221 Mount Prospect, IL 60056-0221** | **Steven Mokhtarian** <br><br>**david@sdsprop.com (847) 438-0100** | **Commercial Lease Agreement** | **Subject to Setoff** | | | **$5,113.74** |
| **Service Envelope Corporation Attn: Accounts Receivable 1925 Holste Northbrook, IL 60062** | **info@serviceenvelope.com (847) 559-0004** | **Trade Debt** | | | | **$4,364.30** |
| **TPS Group Attn: Eran Orgad 2500 Wisconsin Avenue Downers Grove, IL 60515** | **Eran Orgad** <br><br>**accounts@tpsginc.com (773) 680-5342** | **Trade Debt** | | | | **$14,227.50** |
| **Wireline, Inc. Attn Brad Carr 1455 Payne Road Schaumburg, IL 60173** | **Brad Carr** <br><br>**brad@wirelineinc.com (847) 398-3393** | **Trade Debt** | | | | **$3,536.35** |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Creekside Operating LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Byers Holding LLC**<br>**1175 Davis Road**<br>**Elgin, IL 60123** | | **100%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **For Byers Holding LLC,  Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 28, 2023**

Signature   **/s/ Matthew M. Sandretto**

**Matthew M. Sandretto**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Creekside Operating LLC**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **59**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 28, 2023**

**/s/ Matthew M. Sandretto**
**Matthew M. Sandretto**/**For Byers Holding LLC,  Manager**
Signer/Title

American Backflow & Fire Prevention, Inc
111 Kerry Lane
Wauconda, IL 60084

BCC Software, LLC
Attn Accounts Receivable
P.O. Box 1174
Buffalo, NY 14240

BlueCrest
Attn Accounts Receivable
P.O. Box 74007412
Chicago, IL 60674-7412

Byers Printing Company
3500 Constitution Drive
Springfield, IL 62711

Centrust Bank
385 Waukegan Road
Northbrook, IL 60062

CIT (Direct Capital EDI)
155 Commerce Way
Portsmouth, NH 03801

City of Elgin
150 Dexter Court
Elgin, IL 60120

City Wide Facility Sol of Chicagoland
Attn Kregg Barney
700 Cooper Court
Suite C
Schaumburg, IL 60173

Comcast Business Internet
Attn Accounts Receivable
P.O. Box 70219
Philadelphia, PA 19176-0219

Comcast Business Voice Edge
P.O. Box 37601
Philadelphia, PA 19101-0601

ComEd
440 S. LaSalle Street
Chicago, IL 60605


ComEd
c/o Exelon Corp.
Attn E. Glenn Rippie
10 S. Dearborn Street 54th Floor
Chicago, IL 60680-5398


Component Management Group LLC
Attn Lauren McMillan
700 Tollgate Road
Elgin, IL 60123


Computing Technology Solutions, LLC
Attn Accounts Receivable
2033 N. Milwaukee Avenue
Suite 351
Deerfield, IL 60015


CorTech, LLC
710 Morgan Falls Road
Atlanta, GA 30350


Coyote Logistics, LLC
960 North Point Parkway
Suite 150
Alpharetta, GA 30005


Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136


Eastman Kodak Company
Attn Jenna Meyer
P.O. Box 640350
Pittsburgh, PA 15264-0350


EMCO Chemical Distributors, Inc.
97743 Eagle Way
Chicago, IL 60678-1977

Federal Envelope Company
Attn Eric Caravello
608 Country Club Drive
Bensenville, IL 60106


Federal Express
P.O. Box 94515
Palatine, IL 60094-4515


FP Mailing Solutions
P.O. Box 157
Bedford Park, IL 60499-0157


FUJIFILM North America Corp.
Graphic Systems Division
Dept. CH 10764
Palatine, IL 60055-0764


Groot, Inc.
P.O. Box 535233
Pittsburgh, PA 15253-5233


Heidelberg USA, Inc.
Attn Timicia Boyce
P.O. Box 5160
Carol Stream, IL 60197


Image One Facility Solutions
3601 Algonquin Road
Rolling Meadows, IL 60008


Internal Revenue Service
Centralized Insolvency Operations
Post Box 7346
Philadelphia, PA 19101-7346


Jim's Vault, Inc.
Attn Nancy Askwith
5308 Riverview Drive
Lisle, IL 60532


Jorson & Carlson, Inc.
P.O. Box 796
Elk Grove Village, IL 60007

Kinyo Virginia Inc.
P.O. Box 791530
Baltimore, MD 21279


Liberty Capital Group, Inc.
Attn Keith Davis
P.O. Box 24245
Seattle, WA 98124


Lindenmeyr Munroe
Attn Mark Schley
P.O. Box 99922
Chicago, IL 60696-7722


Logsdon Office Supply
111 South Fairbank Street
Addison, IL 60101


Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197


Office of the US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604


Pitney Bowes, Inc.
P.O. Box 981039
Boston, MA 02298-1039


Pratt Direct
2420 Crabtree Lane
Northbrook, IL 60062


Precision Ink Corporation
151 Stanley Street
Elk Grove Village, IL 60007


Printware, LLC
Attn Customer Service
2935 Waters Road
Suite 160
Saint Paul, MN 55121

Proshred Security
7700 Graphics Drive
Tinley Park, IL 60477


Quadient Leasing USA
P.O. Box 123682
Dept. 3682
Dallas, TX 75312-3682


Ricoh USA, Inc.
P.O. Box 802815
Chicago, IL 60680-2815


Robert Half International, Inc.
Attn Accounts Receivable
12400 Collections Center Drive
Chicago, IL 60693


Roscoe
P.O. Box 4804
Chicago, IL 60680-4804


Screen GP Americas LLC
Attn Mike Olson
P.O. Box 933361
Cleveland, OH 44193


SD&S Properties Inc.
Attn Steven Mokhtarian
P.O. Box 221
Mount Prospect, IL 60056-0221


Service Envelope Corporation
Attn: Accounts Receivable
1925 Holste
Northbrook, IL 60062


Shorr Packaging Corp.
P.O. Box 773252
Chicago, IL 60677-3252


Small Business Administration
332 S. Michigan Avenue
Suite 600
Chicago, IL 60604

Specialty Finishing Group
1401 Kirk Street
Elk Grove Village, IL 60007


Steve's Landscaping, Inc.
8N458 S. McLean Boulevard
South Elgin, IL 60177


Think Ink Inc.
8101 Cessna Avenue
Gaithersburg, MD 20879


Toshiba Financial Services
P.O. Box 790448
Saint Louis, MO 63179-0448


TPS Group
Attn: Eran Orgad
2500 Wisconsin Avenue
Downers Grove, IL 60515


U.S. Postal Service (CMRS-FP)
P.O. Box 0505
Carol Stream, IL 60132-0505


Uline
P.O. Box 88741
Chicago, IL 60680-1741


United Business Mail for EAB
801 W Bryn Mawr Avenue
Itasca, IL 60143


UPS
P.O. Box 809488
Chicago, IL 60680-9488


Wireline, Inc.
Attn Brad Carr
1455 Payne Road
Schaumburg, IL 60173

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Creekside Operating LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Creekside Operating LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Byers Holding LLC
1175 Davis Road
Elgin, IL 60123**

☐ None [*Check if applicable*]

**June 28, 2023**

Date

**/s/ William S. Hackney**

**William S. Hackney**

Signature of Attorney or Litigant

Counsel for   **Creekside Operating LLC**

**Bryan Cave Leighton Paisner LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601-3315
(312) 602-5000 Fax:(312) 602-5050
william.hackney@bclplaw.com**

**Creekside Operating LLC**
Balance Sheet, 1 June 2023

| | Commercial Print & Mail |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| 100000 Creekside Operating LLC D/B/A Plerus | 6,632.88 |
| 110001 Client Postage Funds (7324) | 173,332.95 |
| 110002 Elections Operating LLC (0491) | |
| **Total Bank Accounts** | $ 179,965.83 |
| **Accounts Receivable** | |
| 120000 Accounts Receivable (A/R) | 183,953.69 |
| **Total Accounts Receivable** | $ 183,953.69 |
| **Other Current Assets** | |
| 112000 Undeposited Funds | |
| 130000 Inventory | 0.00 |
| 170500 Due from Byers Printing Company | 38,285.74 |
| Due To / From Plerus | |
| **Total Current Assets** | $ 402,205.26 |
| **Fixed Assets** | |
| 150500 Buildings & Building Improvements | |
| 151500 Printing Machines | 142,351.00 |
| 152000 Delivery Truck | 16,200.00 |
| 160000 Fixed Assets Accumulated Depreciation | -158,551.00 |
| **Total Fixed Assets** | $ 0.00 |
| **Other Assets** | |
| 172000 Intangibles | |
| 172120 Business Name | 1,000.00 |
| 172130 Customer List | 1,000.00 |
| 172140 Goodwill | 654,925.00 |
| 172150 Non-Compete | 500.00 |
| 172160 Intangibles Accumulated Amortization | -1,787.61 |
| **Total 172000 Intangibles** | $ 655,637.39 |
| 172100 Deferred Financing Costs | 13,286.00 |
| 172200 Deferred Financing Costs Accum. Amort. | -3,821.12 |
| **Total 172100 Deferred Financing Costs** | $ 9,464.88 |
| 172201 Due from Creekside Re LLC | |

| | | |
|---|---|---:|
| **172300 Security Deposit** | | 4,900.00 |
| **Total Other Assets** | $ | **670,002.27** |
| **TOTAL ASSETS** | $ | **1,072,207.53** |
| **LIABILITIES AND EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| **210000 Accounts Payable (A/P)** | | 337,518.20 |
| **Total Accounts Payable** | $ | **337,518.20** |
| **Other Current Liabilities** | | |
| **210200 Illinois Department of Revenue Payable** | | 399.96 |
| **210300 Prepaid Postage Liability** | | 11,343.11 |
| **210321 (LCC) Littleton Coin Company - Prepaid Postage Liability** | | 191,546.99 |
| **210323 (Credo) Marconi, LLC - Prepaid Postage** | | 13,440.89 |
| **Total 210300 Prepaid Postage Liability** | $ | **216,330.99** |
| **240101 Insurance Payable - AFLAC** | | 106.74 |
| **Michigan Department of Treasury Payable** | | 11.34 |
| **Total Other Current Liabilities** | $ | **118.08** |
| **Total Current Liabilities** | $ | **553,967.27** |
| **Long-Term Liabilities** | | |
| **250000 Due to Byers Holding LLC** | | 523,781.05 |
| **250024 Due to SBA EIDL** | | 500,000.00 |
| **250100 Due to CenTrust Bank** | | |
| **250150 SBA 7a Loan** | | 440,529.16 |
| **Total 250100 Due to CenTrust Bank** | $ | **440,529.16** |
| **250202 Due to WebBank/CANCap2022** | | 1,674.06 |
| **Total Long-Term Liabilities** | $ | **942,203.22** |
| **Total Liabilities** | $ | **1,496,170.49** |
| | | |
| **Total Equity** | $ | **(423,962.96)** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **1,072,207.53** |

# Creekside Operating LLC
## Profit and Loss
### January 1 - June 1, 2023

| | Total |
|---|---|
| **Income** | |
| 410000 Sales of Product Income | 1,089,057.49 |
| 420000 Shipping and Delivery Income | 2,709.29 |
| 430000 Billable Expense Income | 178,613.42 |
| **Total Income** | $ 1,270,380.20 |
| **Cost of Goods Sold** | |
| 510000 Supplies & Materials - COGS | 1,442.92 |
| 510001 Purchasing - COGS | 152,534.87 |
| 511000 Shipping, Freight & Delivery - COGS | 2,804.45 |
| 512000 Cost of labor - COGS | 308,071.60 |
| 512010 Cost of labor - COGS - Salary | 3,437.50 |
| 512011 Cost of labor - COGS - Mechanic | 25,536.10 |
| 512012 Cost of labor - COGS - Contractor | 8,836.94 |
| 512013 Cost of Labor - COGS - Temporary Help | 1,501.44 |
| 512100 Outside Services | 33,621.06 |
| **Total 512000 Cost of labor - COGS** | $ 381,004.64 |
| **Total Cost of Goods Sold** | $ 537,786.88 |
| **Gross Profit** | $ 732,593.32 |
| **Expenses** | |
| 610500 Delivery Truck Expense | 5,100.67 |
| 611000 Bank Charges & Fees | 142.85 |
| 613001 Insurance | |
| 613500 Business Insurance | 6,094.50 |
| 614010 Workers Comp Insurance | 12,100.19 |
| 713510 Owner's Life Insurance | 51.24 |
| **Total 613001 Insurance** | $ 18,245.93 |
| 615000 Repairs & Maintenance | 140,607.50 |
| 615500 Office Supplies | 5,066.55 |
| 615501 Administrative Software | 9,688.94 |
| 615502 Production Software | 22,607.16 |
| 615503 Sales Software (Web-to-Print and Other) | 135.49 |
| 616000 Utilities - IL | 3,369.47 |
| 616001 Phone and Internet | 4,941.22 |
| 616002 Electricity | 15,153.35 |
| 616003 Natural Gas | 6,354.92 |
| 616004 Water | 82.42 |
| 616005 Waste Disposal | 2,519.20 |
| 616006 Pest Control | 628.00 |
| **Total 616000 Utilities - IL** | $ 33,048.58 |
| 617000 Postage and Delivery | 16,323.60 |
| 617100 Production Tools and Equipment | 13,299.18 |

| | | |
|---|---|---:|
| **617200 Job Supplies** | | 11,680.18 |
| **617500 Rent - IL** | | 105,447.60 |
| **618000 Salesperson Expenses** | | 3,845.14 |
| **640001 Payroll Expenses - Management Salaries** | | 47,041.68 |
| **640032 Payroll Expenses - Salaries** | | 56,416.70 |
| **640033 Payroll Expenses - Commissions - Account Executives** | | 5,969.70 |
| **640500 Payroll Expense - Wages** | | 15,170.14 |
| **649500 Payroll Expenses - Taxes** | | 42,362.39 |
| **650000 Tax Expense** | | 5.36 |
| **653000 Property Taxes** | | 19,155.13 |
| **Total 650000 Tax Expense** | $ | **19,160.49** |
| **690002 QuickBooks Payments Fees** | | 865.13 |
| **700000 Discretionary Expenses** | | |
| **700002 Advertising & Marketing** | | 594.00 |
| **700005 Travel** | | 192.33 |
| **700006 Meals** | | 129.39 |
| **700007 Insurance - Employee Healthcare** | | 15,337.02 |
| **700008 Payroll Expenses - Retirement Plan Contribution** | | 5,058.48 |
| **700009 Payroll Fees** | | 2,329.63 |
| **700010 Janitorial Expense** | | 3,663.95 |
| **700012 Payroll Fees (Michigan)** | | 423.88 |
| **Total 700000 Discretionary Expenses** | $ | **27,728.68** |
| **710000 Non-Recurring Expenses** | | |
| **710002 Legal & Professional Services** | | 59,127.89 |
| **710003 Other Professional Fees** | | 76.69 |
| **710004 Bad Debt Expense** | | 4,906.07 |
| **Total 710000 Non-Recurring Expenses** | $ | **64,110.65** |
| **720000 Non-Capitalized Expenses** | | |
| **720001 Office Equipment** | | 2,077.25 |
| **720002 Equipment Lease Expense** | | 78,194.92 |
| **720003 Building Maintenance** | | 47,680.80 |
| **Total 720000 Non-Capitalized Expenses** | $ | **127,952.97** |
| **740000 Interest Expense** | | 22,891.55 |
| **Total Expenses** | $ | **814,909.45** |
| **Net Operating Income** | -$ | **82,316.13** |
| **Net Income** | -$ | **82,316.13** |

# Creekside Operating LLC
## Statement of Cash Flows
### January 1 - June 1, 2023

**OPERATING ACTIVITIES**

Net Income

Adjustments to reconcile Net Income to Net Cash provided by operations:

   120000 Accounts Receivable (A/R)

   210000 Accounts Payable (A/P)

   210200 Illinois Department of Revenue Payable

   210300 Prepaid Postage Liability

   210306 Prepaid Postage Liability:Lemont Public Library - Prepaid Postage Liability

   210321 Prepaid Postage Liability:(LCC) Littleton Coin Company - Prepaid Postage Liability

   210322 Prepaid Postage Liability:(PMN) Print Media Network - Prepaid Postage Liability

   210323 Prepaid Postage Liability:(Credo) Marconi, LLC - Prepaid Postage

   220000 Illinois Department of Treasury Payable

   220600 Due To/From - Intercompany - ColorArt

   240101 Insurance Payable - AFLAC

   Michigan Department of Treasury Payable

   Out Of Scope Agency Payable - NOTAX

   Total Adjustments to reconcile Net Income to Net Cash provided by operations:

Net cash provided by operating activities

**INVESTING ACTIVITIES**

   150500 Buildings & Building Improvements

   172300 Security Deposit

Net cash provided by investing activities

**FINANCING ACTIVITIES**

   250150 Due to CenTrust Bank:SBA 7a Loan

   250202 Due to WebBank/CANCap2022

Net cash provided by financing activities

Net cash increase for period

Cash at beginning of period

Cash at end of period

Monday, Jun 19, 2023 03:00:12 PM GMT-7

| Commercial Print & Mail | Elections | Not Specified | TOTAL |
|---:|---:|---:|---:|
| -79,674.71 | 104,106.71 | -229,219.52 | -204,787.52 |
| | | | 0.00 |
| | | -53,214.39 | -53,214.39 |
| | | 159,481.76 | 159,481.76 |
| 786.25 | 0.00 | -1,004.49 | -218.24 |
| -10,726.03 | 1,735.68 | -13,070.47 | -22,060.82 |
| 0.00 | | | 0.00 |
| 169,705.17 | | 199,791.67 | 369,496.84 |
| 176.70 | | | 176.70 |
| 7,460.00 | | -12,002.10 | -4,542.10 |
| 0.00 | | | 0.00 |
| -25.00 | | 25.00 | 0.00 |
| 320.22 | | -320.22 | 0.00 |
| 11.34 | 0.00 | | 11.34 |
| 0.00 | 0.00 | 0.00 | 0.00 |
| $ 167,708.65 | $ 1,735.68 | $ 279,686.76 | $ 449,131.09 |
| $ 88,033.94 | $ 105,842.39 | $ 50,467.24 | $ 244,343.57 |
| | -1,666.70 | | -1,666.70 |
| | -3,750.00 | | -3,750.00 |
| $ 0.00 | -$ 5,416.70 | $ 0.00 | -$ 5,416.70 |
| -27,027.53 | | | -27,027.53 |
| -29,003.54 | | -36,837.90 | -65,841.44 |
| -$ 56,031.07 | $ 0.00 | -$ 36,837.90 | -$ 92,868.97 |
| $ 32,002.87 | $ 100,425.69 | $ 13,629.34 | $ 146,057.90 |
| 350,000.00 | | -314,091.31 | 35,908.69 |
| $ 382,002.87 | $ 100,425.69 | -$ 300,461.97 | $ 181,966.59 |