**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CREEKSIDE OPERATING LLC, | ) Case No. 23-08539 |
| | ) Hon. Judge Thorne |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| ELECTIONS OPERATING LLC, | ) Case No. 23-08542 |
| | ) Hon. Judge Thorne |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| BYERS OPERATING LLC, | ) Case No. 23-08547 |
| | ) Hon. Judge Thorne |
| Debtor. | ) |
| | ) |
| In re: | ) |
| | ) Chapter 11 |
| BYERS HOLDING LLC, | ) Case No. 23-08545 |
| | ) Hon. Judge Thorne |
| Debtor. | ) |

**ORDER GRANTING MOTION FOR THE ENTRY OF AN ORDER
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

This Matter having come before the Court on the motion of Creekside Operating LLC ("Creekside"), Elections Operating LLC ("Elections"), Byers Operating LLC ("Byers Operating") and Byers Holding LLC ("Byers Holding")(and collectively, the "Debtors"), debtors and debtors-in-possession in the above-captioned bankruptcy cases, appropriate notice having been given under the circumstances, the Court being duly advised in premises, and the relief requested in the Motion having been determined to be in the best interests of the Debtors, and their estates, creditors and other parties in interest;

**It is Hereby ordered** that:

1. The above-captioned chapter 11 bankruptcy cases shall be and hereby are consolidated for procedural purposes only and the cases shall be jointly administered by this Court under Case No. 23 B08539;

2. The caption of these jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| CREEKSIDE OPERATING LLC, *et al.*, | ) Case No. 23-08539 (Jointly Administered) |
| | ) Hon. Judge Thorne |
| Debtor. | ) |

3. The Clerk of the Court shall maintain one file and one docket for each of these jointly administered cases, which file and docket shall be the file and docket for In re Creekside Operating LLC (the "Lead Case");

4. The Clerk of the Court shall make an entry on the dockets of each of the above-captioned chapter 11 cases which shall read substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Creekside Operating LLC, Byers Operating LLC, Elections Operating LLC, and Byers Holding LLC. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 23 B 08539;

5. Nothing in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 cases;

6. This Court retains jurisdiction with respect to all matters arising from or related to this implementation order.

Dated: June 30, 2023

ENTERED:

By: /s/ Deborah L. Thorne
United States Bankruptcy Judge

<u>Order Prepared By</u>:

Jason J. DeJonker, ARDC No. 06272128
William S. Hackney, ARDC No. 06256042
Brigid Ndege, Federal Bar Number N.D. Ill. 50469
BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone:    312.605.5000
Facsimile:    312.605.5050
Email:        jason.dejonker@bclplaw.com
Email:        william.hackney@bclplaw.com
Email:        brigid.ndege@bclplaw.com