UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-08539 |
| CREEKSIDE OPERATING, LLC, et al, | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENTS WITH (A) COMPONENT MANAGEMENT GROUP LLC, (B) RTA, INC. DBA ADAMS HEATING AND COOLING, AND (C) SCREEN GP AMERICAS, PURSUANT TO BANKRUPTCY RULE 9019 AND FOR RELATED RELIEF**

This matter coming to be heard on the Trustee's Motion to Approve Settlements with (A) Component Management Group LLC, (B) RTA, Inc. dba Adams Heating And Cooling, and (C) SCREEN GP Americas pursuant to Bankruptcy Rule 9019 and for Related Relief (the "Motion," and all undefined terms herein having the meanings set forth in the Motion);

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Settlements and their terms as set forth in Exhibits A, B and C to the Motion are approved pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. § 363.

3. The Trustee is authorized to take all actions required or reasonably contemplated by the Settlements.

4. The notice provided by the Trustee is approved and any further notice is hereby waived for cause shown.

Enter: *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: July 23, 2025

**Prepared by:**

Ira Bodenstein
David R. Doyle
123 N. Wacker Drive, Ste. 1800
Chicago, IL 60606
Telephone: (312) 382-3100
ibodenstein@cozen.com
daviddoyle@cozen.com